IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HERMAN E. GARNER,

                         Plaintiff,

    v.

PROCLIP USA, INC.,

                         Defendant.

ORDER

15-cv-653-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Herman Garner is suing defendant ProClip USA, Inc. for allegedly demoting and terminating him because of his race, in violation of Title VII of the Civil Rights Act of 1964. On July 29, 2016, plaintiff's lawyers moved to withdraw from the case on the ground that "they have a conflict with continuing to represent Mr. Garner in this matter." Dkt. #21. After plaintiff failed to respond to counsel's motion to withdraw, Magistrate Judge Stephen Crocker granted the motion. Dkt. #25. Three days later, defendant moved to enforce a settlement agreement that it allegedly had with plaintiff to resolve this case. Dkt. #27.

      Now acting pro se, plaintiff has filed a motion to stay the case while he looks for another lawyer to represent him. Although plaintiff does not explain why he failed to respond to his former counsel's motion to withdraw, I will give him three more weeks to find a new lawyer. (Because his former counsel withdrew in early August 9, 2016, this additional

1

time gives plaintiff nearly two months to find a replacement.)

No additional extensions will be granted. If new counsel makes an appearance in the case by September 28, 2016, I will set a new briefing schedule on defendant's motion to enforce the settlement agreement. If new counsel does not make an appearance by then, I will consider the opposition brief that plaintiff filed pro se on August 30, 2016.

ORDER

IT IS ORDERED that

1. Plaintiff Herman Garner's motion to stay the case while he obtains new counsel, dkt. #30, is GRANTED. Plaintiff may have until September 28, 2016, to find new counsel.

2. If counsel makes an appearance by September 28, 2016, I will give plaintiff an opportunity to file a new opposition brief to defendant ProClip USA, Inc.'s motion to enforce the settlement agreement. If counsel does not make an appearance by September 28, 2016, I will resolve defendant's motion in reliance on the pro se brief that plaintiff filed on August 30, 2016.

Entered this 7th day of September, 2016.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge