IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HERMAN E. GARNER, III,

        Plaintiff,

v.

PROCLIP USA, INC.

        Defendant.

JUDGMENT IN A CIVIL CASE

15-cv-653-bbc

       This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant ProClip USA, Inc. granting its motion to dismiss and dismissing this case with prejudice under Fed. R. Civ. P. 41(b).

/s/                                            12/11/2017

Peter Oppeneer, Clerk of Court            Date